UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08 MAY 19 AM 10: 16

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Jose Javier GOMEZ-Acosta,** Defendant | ) | Magistrate Docket No. '08 MJ 1558 COMPLAINT FOR VIOLATION OF: Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **May 18, 2008** within the Southern District of California, defendant, **Jose Javier GOMEZ-Acosta,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **19th** DAY OF **MAY, 2008**

Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Jose Javier GOMEZ-Acosta**

## PROBABLE CAUSE STATEMENT

On May 17, 2008 at approximately 11:00 PM San Diego Sector Dispatch advised Border Patrol Agents of a seismic intrusion device activation in an area known as "Mine Canyon." This area is approximately nine miles east of the Otay Mesa, California Port of Entry and one mile north of the international boundary between the United States and Mexico.

Border Patrol Agents J. Garcia and J. Figueroa responded to the area. Upon arriving, Agent Garcia went to investigate the area near the sensor activation and Agent Figueroa traveled north on the dirt road. Agent Garcia located fresh footprints on the dirt road and began to follow the footprints northbound. Agent Figueroa, using night vision goggles, observed three individuals walking north on the road. Agent Figueroa advised Agent Garcia via Border Patrol radio of the location. Agent Garcia went to the location and both Agents entered the group together. Agent Garcia identified himself as a Border Patrol Agent and conducted a field immigration interview. Agent Garcia asked each subject individually of what country he was a citizen. Each subject, including one later identified as the defendant **Jose Javier GOMEZ-Acosta**, responded that he was a citizen of Mexico without any immigration documents that would allow them to enter or remain within the United States legally. At approximately 12:10 AM, all three subjects were then transported to the United States Border Patrol Brown Field Station for further processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **December 13, 2002** through **Laredo, Texas.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.